## PRUDENTIAL SAVINGS BANK v. LOONEY.

(Decided June 1, 1916.)

APPEAL from Calhoun Circuit Court.

Heard before Hon. HUGH D. MERRILL.

C. B. POWELL, for appellant. PERDUE & COX, and WILLARD DRAKE, for appellee.

PER CURIAM.—Affirmed for want of assignment of error.

---

## TONEY v. CITY OF ANNISTON.

(Decided June 1, 1915.)

APPEAL from Calhoun Circuit Court.

Heard before Hon. HUGH D. MERRILL.

T. C. SENSEBAUGH, for appellant. S. W. TATE, for appellee.

· PER CURIAM.—Appeal dismissed on motion of appellant.

---

## WILLINGHAM v. THE STATE.

(Decided June 8, 1915.)

APPEAL from Randolph Circuit Court.

Heard before Hon. J. J. CURTIS.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—No error authorizing reversal appearing, the cause is affirmed. See 10 Ala. App. 116, 64 South. 544.

---

## BEARD v. CITY OF GADSDEN.

(Two Cases)

(Decided February 10, 1916.)

APPEAL from Gadsden City Court.

Heard before Hon. JAMES A. BILBRO.

No counsel marked for appellant. CULLI & MARTIN, for appellee.

PER CURIAM.—Affirmed for want of assignment of error.